UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NOEL A. DALE,

    Plaintiff,

v.

TWC ADMINISTRATION, LLC
s/h/a Time Warner Cable,

    Defendants.

**JUDGMENT**

No. 5:14-CV-169-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge..

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered March 9, 2015 and September 23, 2016, and for the reasons set forth more specifically therein, that defendant's motions to dismiss and for summary judgment are granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 23, 2016, and Copies To:**

Shalanna L. Pirtle (via CM/ECF Notice of Electronic Filing)
Stacy K. Wood (via CM/ECF Notice of Electronic Filing)
Noel A. Dale (via U.S. Mail) 2300 S. Alston Ave., Durham, NC 27707


September 23, 2016        JULIE RICHARDS JOHNSTON, CLERK
                                        /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk